UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH STAFFORD,<br><br>           Plaintiff,<br><br>   v.<br><br>KAMAL SINGH, et al.,<br><br>           Defendants. | Case No. 21-cv-01909-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

This federal civil rights action is DISMISSED (without prejudice) because plaintiff Joseph Stafford has not complied with the Court's order to file an amended complaint. Because this dismissal is without prejudice, plaintiff may move to reopen. Any such motion must have the words MOTION TO REOPEN on the first page and the motion must be accompanied by an amended complaint (on this Court's form) that complies in all respects with the instructions in the order dismissing the complaint with leave to amend. (Dkt. No. 9.)

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED.**

**Dated:** November 18, 2021

_____
WILLIAM H. ORRICK
United States District Judge